440 F.2d 1067
 UNITED STATES of America and Arthur J. Derbes, Jr., Special
Agent of the Internal Revenue Service, Petitioners-Appellees,
v.
John B. LOCOCO, as Secretary-Treasurer of Continental
Produce Company, Inc., and Continental Produce Company,
Inc., Respondents-Appellants, v. Dominick D. DIAZ
(deceased), Intervenor-Appellant, Mrs. Lottie Hugo Diaz,
Substituted Intervenor-Appellant.
No. 30301 Summary Calendar.*
v.
Citizens Casualty Company of New York, et al., 5 Cir. 1970,
431 F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 March 30, 1971.
 
 Sehrt, Boyle, Wheeler & Butler, Virgil M. Wheeler, Jr., New Orleans, La., for respondents-appellants.
 Johnnie M. Walters, Asst. Atty. Gen., Meyer Rothwacks, Joseph M. Howard, John P. Burke, Attys., Tax Division, Dept. of Justice, Washington, D.C., for petitioners-appellees; Gerald J. Galling-house, U.S. Atty., New Orleans, La., of counsel.
 Appeal from the United States District Court for the Eastern District of Louisiana, Lansing L. Mitchell, Judge.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed.
 
 
 2
 See Local Rule 21.[1] Donaldson v. United States, 400 U.S. 517, 91 S.Ct. 534, 27 L.Ed.2d 580 (Jan. 25, 1971); Venn v. United States, 5 Cir., 400 F.2d 207 (1968).
 
 
 
 *
 Rule 18, 5 Cir.; Isbell Enterprises, Inc
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966